People v Castro (2020 NY Slip Op 51518(U))

[*1]

People v Castro (Joshua)

2020 NY Slip Op 51518(U) [70 Misc 3d 129(A)]

Decided on December 18, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 18, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, DAVID ELLIOT, JJ

2018-1426 Q CR

The People of the State of New York,
Respondent,
against
Joshua Castro, Appellant. 

Appellate Advocates (Melissa Lee of counsel), for appellant.
Queens County District Attorney (John M. Castellano, Johnnette Traill and Danielle S. Fenn of
counsel), for respondent.

Appeal from a judgment of the Criminal Court of the City of New York, Queens County
(Gia L. Morris, J.), rendered May 1, 2018. The judgment convicted defendant, upon his plea of
guilty, of assault in the third degree. Assigned counsel has submitted a brief in accordance with
Anders v California (386 US 738 [1967]), seeking leave to withdraw as counsel.

ORDERED that the judgment of conviction is affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel
pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review
of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal.
Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.;
People v Murray, 169 AD3d 227 [2019]; Matter of Giovanni S. [Jasmin A.], 89
AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez,
47 NY2d 606 [1979]).
ALIOTTA, P.J., WESTON and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 18, 2020